File No. 14841-14-13891
**Law Offices
PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ 08054-1539
(856) 810-5815
Attorneys for Secured Creditor, Bank of America, N.A.**

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| MARGARITA ANDUJAR-LOPEZ | CHAPTER: 7 |
|  | CASE NO.: 16-29577-JNP |
| Debtor. | Hearing Date: December 6, 2016 @ 10:00am |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC
STAY (REAL PROPERTY)**

Bank of America, N.A. (hereinafter "Movant") has filed papers with the Court to have an Order entered granting it relief from the automatic stay against the property commonly known as 442 Ebony Tree Avenue, Galloway Township, New Jersey 08205.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Movant relief from the automatic stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before November 29, 2016, *[seven (7) days before the hearing date of the within motion]* you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Camden, New Jersey 08101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Brian E. Caine, Esquire | Thomas Subranni, Esquire |
| PARKER McCAY P.A. | 1624 Pacific Avenue |
| 9000 Midlantic Drive, Suite 300 | Atlantic City, NJ 08401 |
| P.O. Box 5054 | *Chapter 7 Trustee* |
| Mount Laurel, NJ 08054-1539 | |
| *Attorney for Movant* | |

If you are opposing the order Movant is seeking from the Court, you must attend the hearing scheduled to be held on December 6, 2016 at 10:00am at the United States Bankruptcy Courthouse, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Courtroom 4C, Camden, New Jersey 08101, before the Honorable Jerrold N. Poslusny, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Respectfully submitted,
PARKER McCAY P.A.

/s/ BRIAN E. CAINE
BRIAN E. CAINE
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ 08054-1539
(856) 810-5815

Date: November 10, 2016