| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| PARKER McCAY P.A. |
| BRIAN E. CAINE |
| 9000 Midlantic Drive; Suite 300 |
| Mt. Laurel, New Jersey 08054 |
| (856) 596-8900 |
| Attorney for Bank of America, N.A., its successors and/or assigns |

| In Re: | Case No. 16-29577 |
| --- | --- |
| | Chapter 7 |
| MARGARITA ANDUJAR-LOPEZ | Hearing: December 6, 2016 |
| | Judge: POSLUSNY |

## CERTIFICATION OF SERVICE

1. I, Dawn Hoffman:

    ❑ represent the _____ in the above-captioned matter.

    ☒ I am the secretary/paralegal for Brian E. Caine of Parker McCay P.A. who represents Bank of America, N.A. in the above captioned matter.

    ❑ am the _____ in the above case and am representing myself.

2. On November 10, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a) Proposed Order Vacating Automatic Stay as to Real Property;
    b) Certification of Movant in support of Motion;
    c) Notice of Motion for Relief from Stay by Movant for Order Granting Relief from Automatic Stay; and,
    d) Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 10, 2015   /s/ Dawn Hoffman
　　　　　　　　　　　　　　Dawn Hoffman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jorge F. Coombs, Esquire<br>Youngblood Franklin Sampoli & Coombs<br>Cornerstone Commerce Center<br>1201 New Road, Suite 230<br>Linwood, NJ 08221 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Thomas Subranni, Esquire<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Margarita Andujar-Lopez<br>442 Ebony Tree Ave.<br>Galloway, NJ 08205 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |